This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

# Deborah Robinson v. Speedway LLC

| | |
|---|---|
| Case Number | 64D05-2208-CT-006770 |
| Court | Porter Superior Court 5 |
| Type | CT - Civil Tort |
| Filed | 08/15/2022 |
| Status | 08/15/2022 , Pending (active) |

## Parties to the Case

**Defendant** Speedway LLC

  *Address*
  500 Speedway Dr
  Enon, OH 45323

  *Attorney*
  Thomas L Davis
  *#442349, Retained*

  FROST BROWN TODD LLC
  201 North Illinois Street - Suite 1900
  Indianapolis, IN 46204
  317-237-3800(W)

**Plaintiff** Robinson, Deborah

  *Attorney*
  Gerald J Fankhauser
  *#3458445, Retained*

  2260 W. 93rd Avenue
  Merrillville, IN 46410

## Chronological Case Summary

**08/15/2022** **Case Opened as a New Filing**

**08/16/2022** **Appearance Filed**
  Appearance
  For Party: Robinson, Deborah
  File Stamp: 08/15/2022

**08/16/2022** **Complaint/Equivalent Pleading Filed**
  Complaint
  Filed By: Robinson, Deborah
  File Stamp: 08/15/2022

| 08/16/2022 | Subpoena/Summons Filed |
|---|---|
| | Summons |
| | Filed By: Robinson, Deborah |
| | File Stamp: 08/15/2022 |

| 08/17/2022 | Automated Paper Notice Issued to Parties |
|---|---|
| | Appearance Filed ---- 8/16/2022 : Speedway LLC Subpoena/Summons Filed ---- 8/16/2022 : Speedway LLC |

| 08/17/2022 | Automated ENotice Issued to Parties |
|---|---|
| | Appearance Filed ---- 8/16/2022 : Gerald J Fankhauser Subpoena/Summons Filed ---- 8/16/2022 : Gerald J Fankhauser |

| 08/17/2022 | Certificate of Issuance of Summons |
|---|---|
| | Certificate of Issuance of Summons |
| | Filed By: Robinson, Deborah |
| | File Stamp: 08/17/2022 |

| 09/20/2022 | Appearance Filed |
|---|---|
| | Appearance on behalf of Defendant |
| | For Party: Speedway LLC |
| | File Stamp: 09/19/2022 |

| 09/20/2022 | Answer to a Complaint Filed |
|---|---|
| | Answer to Plaintiff's Complaint |
| | Filed By: Speedway LLC |
| | File Stamp: 09/19/2022 |

| 09/21/2022 | Automated ENotice Issued to Parties |
|---|---|
| | Appearance Filed ---- 9/20/2022 : Thomas L Davis;Gerald J Fankhauser |

## Financial Information

* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

### Robinson, Deborah
Plaintiff

Balance Due (as of 09/21/2022)
0.00

Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 08/16/2022 | Transaction Assessment | 157.00 |
| 08/16/2022 | Electronic Payment | (157.00) |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

USDC IN/ND case 2:22-cv-00274-JTM-JEM document 1-1 filed 09/22/22 page 3 of 17

64D05-2208-CT-006770
Porter Superior Court 5

Filed: 8/15/2022 8:41 PM
Clerk
Porter County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE PORTER SUPERIOR/CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF PORTER | ) | SITTING IN VALPARAISO, INDIANA |

| | |
|---|---|
| DEBORAH ROBINSON,  Plaintiff, | ) ) ) |
| v. | ) CAUSE NO.: ) |
| SPEEDWAY LLC,  Defendant. | ) ) ) |

**APPEARANCE BY ATTORNEY**

1. The party on whose behalf this form is being filed is:
   Initiating _X_        Responding __        Intervening ____ ; and

   The undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

   Name of party:     Deborah Robinson

   *(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   | | | |
   |---|---|---|
   | Name: | Gerald Fankhauser, III | Attorney Number: 34584-45 |
   | | Brian M. Smith | Attorney Number: 25802-64 |
   | Address: | 2260 W. 93rd Avenue | Phone: (219) 769-2051 |
   | | Merrillville, IN 46410 | Fax: (219) 769-8801 |
   | E-mail: | treyf@smithfankhauser-law.com | |
   | | brian@smithfankhauser-law.com | |

   *(List on continuation page additional attorneys appearing for above party)*

3. This is a _____CT_____ case type as defined in administrative Rule 8(B)(3).

4. I will accept service by FAX at the above noted number: Yes _X_  No ____

5. This case involves child support issues: Yes ____  No _X_

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order: Yes ____  No _X_
   *If Yes the party shall use the following address for purposes of legal service:*
   *Attorney's address*
   *The Attorney General Confidentiality program address*
   *Another Address (provide)*

7. This case involves a petition for involuntary commitment:  Yes \_\_\_\_  No \_\_X\_\_

8. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

   A. Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above: _____

   B. State of Residence of person subject to petition: _____

   C. At least one of the following pieces of identifying information:
   - (i)   Date of birth _____
   - (ii)  Driver's license number _____
     State where issued _____ Expiration Date _____
   - (iii) State ID number _____
     State where issued _____ Expiration Date _____
   - (iv)  FBI number _____
   - (v)   Indiana Department of Corrections Number _____
   - (vi)  Social Security Number is available and is being provided in an attached confidential document: Yes \_\_\_\_  No \_\_\_\_

9. There are related cases:  Yes \_\_\_\_  No \_\_X\_\_ *(If yes, list on continuation page)*

10. Additional information required by local rule:
    _____

11. There are other party members:  Yes \_\_\_\_  No \_\_X\_\_ *(If yes, list on continuation page.)*

12. This form has been served on all other parties and Certificate of Service is attached:  Yes \_X\_  No \_\_\_\_

/s/ Gerald Fankhauser III
Gerald Fankhauser

64D05-2208-CT-006770
Porter Superior Court 5

Filed: 8/15/2022 8:41 PM
Clerk
Porter County, Indiana

| STATE OF INDIANA | ) | IN THE PORTER SUPERIOR/CIRCUIT COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF PORTER | ) | SITTING IN VALPARAISO, INDIANA |

DEBORAH ROBINSON,  )
   Plaintiff,  )
                                              )
v.                                           ) CAUSE NO.:
                                             )
SPEEDWAY LLC,               )
   Defendant.                         ) **PLAINTIFF DEMANDS TRIAL BY JURY**

## COMPLAINT

Comes now the Plaintiff, Deborah Robinson, by counsel, and complains of the Defendant, Speedway LLC, and in support thereof sets forth and states the following:

1. That Plaintiff, Deborah Robinson ("Robinson"), is an individual and resident of Porter County, Indiana.

2. That the Defendant, Speedway LLC (hereinafter "Speedway"), is a foreign limited liability company registered to conduct business in Indiana with a principal office located at 500 Speedway Dr., Enon, OH, 45323.

3. That for all material times herein, Defendant owned, controlled, and operated the land, improvements, and retail gas station located at 5011 Central Ave, Portage, Indiana 46368 ("Premises").

4. That on August 14, 2020, Plaintiff arrived as an invitee at the Defendant's Premises in her vehicle and parked in a designated parking spot abutting the front of the retail gas station on the Premises.

5. That upon exiting the retail gas station, Plaintiff proceeded towards the front door of her vehicle when she tripped and fell due to an unmarked curb, which created an abrupt change in walkway elevation from the parking lot and walkway surface.

6. That Plaintiff was not aware or warned of the dangerous and hazardous walkway condition created by the unmarked curb and abrupt change in walkway surface elevation on the Premises.

7. That Plaintiff's fall caused by the hazardous and dangerous walkway conditions on the Premises resulted in injuries and damages.

8. That at the time of the fall, Plaintiff was an invitee of Defendant, and Defendant owed Plaintiff a duty to exercise ordinary care in the operation, ownership, management, maintenance and control of the Premises so as to avoid causing injury to persons such as the Plaintiff.

9. That Defendant, as owners and operators of the Premises and retail gas station, or through its agents or employees, negligently failed to maintain the walkways and curbs in a reasonably safe condition so as to provide a safe ingress and egress on the Premises.

10. That prior to Plaintiff's fall, Defendant knew, or, in the exercise of reasonable care should have known, of the dangerous and hazardous walkway condition created from the unmarked curb and abrupt change in walkway elevation and that such condition created an unreasonable risk of harm to customers, such as Plaintiff, of the retail gas station on the Premises.

11. That Defendant failed to correct the dangerous and hazardous condition or warn Plaintiff of its existence.

12. That Defendant failed to otherwise exercise due care with respect to the matters alleged in this Complaint.

13. That as a direct and proximate result of Defendant's negligence, Plaintiff

suffered serious injuries and damages.

**WHEREFORE**, the Plaintiff, Deborah Robinson, demands judgment against the Defendant, Speedway LLC, for compensatory damages, including general and special damages, costs, pre-judgment interest, post-judgment interest, and for all other relief necessary and proper in the premises.

Respectfully Submitted,

/s/Gerald Fankhauser III
Gerald Fankhauser, III, #34584-45
SMITH & FANKHAUSER, P.C.
2260 W. 93rd Avenue
Merrillville, IN 46410
(219) 769-2051
Attorney for Plaintiff

### JURY DEMAND

Comes now the Plaintiff, and demands trial by jury.

/s/Gerald Fankhauser III
Gerald Fankhauser, III, #34584-45
SMITH & FANKHAUSER, P.C.
2260 W. 93rd Avenue
Merrillville, IN 46410
(219) 769-2051
Attorney for Plaintiff

USDC IN/ND case 2:22-cv-00274-JTM-JEM   document 1-1   filed 09/22/22   page 8 of 17

64D05-2208-CT-006770
Porter Superior Court 5

Filed: 8/15/2022 8:41 PM
Clerk
Porter County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE PORTER SUPERIOR/CIRCUIT COURT |
| | ) SS: | |
| COUNTY OF PORTER | ) | SITTING IN VALPARAISO, INDIANA |

DEBORAH ROBINSON, )
    Plaintiff, )
                                     )
v.                              ) CAUSE NO.:
                                     )
SPEEDWAY LLC, )
    Defendant. )

## SUMMONS

THE STATE OF INDIANA TO DEFENDANT:    **Speedway LLC**
**c/o Corporate Creations Network Inc.**
**Registered Agent**
**8520 Allison Pointe Blvd #220**
**Indianapolis, IN, 46250**

You have been sued by the persons named "Plaintiff" in the Court stated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the demand which the Plaintiff has made against you.

You must answer the Complaint in writing, by you or your attorney, within twenty (20) days, commencing the day after you receive this Summons, (you have twenty-three (23) days to answer if this summons was received by mail), or judgment will be entered against you for what the Plaintiff has demanded.

If you have a claim for relief against the Plaintiff from the same transaction or occurrence, you must assert it in your written answer.

The following manner of service of summons is hereby designated: **SERVICE BY CERTIFIED MAIL**

Dated: 8/16/2022
Attorneys for Plaintiff:
Brian M. Smith, #25802-64
Gerald Fankhauser, III, #34584-45
2260 W. 93rd Avenue
Merrillville, IN 46410
Tel: (219) 769-2051

                                                         */s/ Bailey*
                                     CLERK, PORTER SUPERIOR/CIRCUIT COURT
                                     HO
                                     By:_____

[SEAL: CIRCUIT AND SUPERIOR COURT, PORTER COUNTY, INDIANA]

## RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served the within Summons.

 (1) By delivering a copy of the Summons and a copy of the Complaint on the Defendant, _____ on the _____ day of _____, 2022;
 (2) By leaving a copy of the Summons and a copy of the Complaint at _____, the dwelling place or usual place of abode of the said Defendant, with a person of suitable age and discretion residing therein, namely: _____, whose approximate age is _____,
 (3) Other:_____

**Sheriff's Fees:**_____
**Additional:** _____

            _____
            **SHERIFF, PORTER COUNTY, INDIANA**

            BY: _____
                **DEPUTY**

**CLERK'S CERTIFICATE OF SERVICE**
 I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this Summons and a copy of the Complaint to the Defendant, _____ by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

            _____
            **CLERK, PORTER CIRCUIT/SUPERIOR COURT**

Dated: _____, 2022  BY: _____
                 **DEPUTY**

**RETURN ON SERVICE OF SUMMONS BY MAIL**
 I certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was returned not accepted on the \_\_\_\_\_ day of _____, 2022.
 I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was mailed to Defendant, _____ was accepted by _____ on behalf of said Defendant on the \_\_\_\_\_ day of _____, 2022.

            _____
            **CLERK, PORTER CIRCUIT/SUPERIOR COURT**

 **SERVICE ACKNOWLEDGED (When Defendant accepts service in person)**

 A copy of the within Summons and a copy of the Complaint attached there were received by me at _____, this \_\_\_ day of _____, 2022.

            _____
            **DEFENDANT**

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE PORTER SUPERIOR COURT |
| | ) | |
| COUNTY OF PORTER | ) | SITTING AT VALPARAISO, INDIANA |

DEBORAH ROBINSON, )
    Plaintiff, )
     )
v. ) CAUSE NO.: 64D05-2208-CT-6770
     )
SPEEDWAY, LLC, )
    Defendant. )

## CERTIFICATE OF ISSUANCE OF SUMMONS

1. Name of Party or Parties being served: Speedway, LLC

2. Date of Mailing: August 16, 2022

3. Address of each party being served:

c/o Corporate Creations Network Inc.

8520 Allison Pointe Blvd #220

Indianapolis, IN 46250

4. Tracking Number of each summons: 7020 3160 0000 1283 5183

                           Respectfully submitted,

                           /s/ Gerald Fankhauser, III
                           Gerald Fankhauser, III, #34584-45
                           SMITH & FANKHAUSER, P.C.
                           2260 W. 93rd Avenue
                           Merrillville, Indiana 46410
                           (219) 769-2051
                           Counsel for Plaintiff

IN THE PORTER COUNTY SUPERIOR COURT
STATE OF INDIANA

| | | |
|---|---|---|
| DEBORAH ROBINSON, | ) | CAUSE NO. 64D05-2208-CT-006770 |
| Plaintiff, | ) | |
| v. | ) | |
| SPEEDWAY LLC, | ) | |
| Defendant. | ) | |

### E-FILING APPEARANCE BY ATTORNEY IN CIVIL CASE

This Appearance Form must be filed on behalf of every party in a civil case.

1. The party on whose behalf this form is being filed is:

    Initiating _____    Responding X    Intervening _____; and

    the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

    Name of Party: **Speedway LLC**

2. Attorney information for service as required by Trial Rule 5(B)(2):

   | | | | |
   |---|---|---|---|
   | Name: | **Thomas L. Davis** | Attorney Number: | #4423-49 |
   | | **FROST BROWN TODD LLC** | Phone: | (317) 237-3800 |
   | Address: | **201 North Illinois Street, Suite 1900** | FAX: | (317) 237-3900 |
   | | **P.O. Box 44961** | Email: | tdavis@fbtlaw.com |
   | | **Indianapolis, IN 46244-0961** | | |

   **IMPORTANT**: Each attorney specified on this appearance:

   (a) certifies that the contact information listed for him/her on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

   (b) **acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney;** and

   (c) understands that he/she is solely responsible for keeping his/her Roll of Attorneys contact information current and accurate, see Ind. Admis. Disc. R. 2(A).

3. This is a CT case type as defined in administrative Rule 8(B)(3).

4. This case involves child support issues. Yes ____ No X

5. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order. Yes ____ No X

6. This case involves a petition for involuntary commitment. Yes ____ No X

7. There are related cases: Yes ____ No X

8. Additional information required by local rule: None

9. There are other party members: Yes ____ No X

10. This form has been served on all other parties and Certificate of Service is attached:

    Yes X No ____

                Respectfully submitted,

                */s/ Thomas L. Davis*
                Thomas L. Davis, #4423-49
                Frost Brown Todd LLC
                201 N. Illinois Street
                Suite 1900, P.O. Box 44961
                Indianapolis, IN 46244-0961
                T: (317) 237-3800
                F: (317) 237-3900
                tdavis@fbtlaw.com

                *Attorneys for Defendant Speedway LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of September, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Brian M. Smith
Gerald Fankhauser, III
SMITH & FANKHAUSER, P.C.
2260 West 93rd Avenue
Merrillville, IN  46410

                                                  */s/ Thomas L. Davis*
                                                  Thomas L. Davis

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
Phone: (317) 237-3800
Fax: (317) 237-3900
tdavis@fbtlaw.com

0126183.0761056  4891-6141-0865v1

IN THE PORTER COUNTY SUPERIOR COURT
STATE OF INDIANA

| | |
|---|---|
| DEBORAH ROBINSON, ) | CAUSE NO. 64D05-2208-CT-006770 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SPEEDWAY LLC, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

Comes now the defendant Speedway LLC, by counsel, for its answer to plaintiff's Complaint, states:

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the material allegations contained in rhetorical paragraph 1.

2. Defendant admits the truth of the material allegations contained in rhetorical paragraph 2.

3. Defendant admits the truth of the material allegations contained in rhetorical paragraph 3.

4. Defendant is without knowledge or information sufficient to form a belief as to the truth of the material allegations contained in rhetorical paragraph 4.

5. Defendant denies the truth of the material allegations contained in rhetorical paragraph 5.

6. Defendant denies the truth of the material allegations contained in rhetorical paragraph 6.

7. Defendant denies the truth of the material allegations contained in rhetorical paragraph 7.

8. Rhetorical paragraph 8 is an allegation of duty rather than of fact. To the extent a response is required, it is denied.

9. Defendant denies the truth of the material allegations contained in rhetorical paragraph 9.

10. Defendant denies the truth of the material allegations contained in rhetorical paragraph 10.

11. Defendant denies the truth of the material allegations contained in rhetorical paragraph 11.

12. Defendant denies the truth of the material allegations contained in rhetorical paragraph 12.

13. Defendant denies the truth of the material allegations contained in rhetorical paragraph 13.

WHEREFORE, defendant prays that plaintiff take nothing by way of her Complaint, for judgment in its favor and against plaintiff, for costs and for all other just and proper relief in the premises.

Respectfully submitted,

FROST BROWN TODD LLC

By: */s/ Thomas L. Davis*
Thomas L. Davis, #4423-49
Attorneys for Defendant Speedway LLC

## AFFIRMATIVE DEFENSES

1. The fault of plaintiff Deborah Robinson caused or contributed to cause the incident in question and resulting damages.

2. Defendant reserves the right to assert additional affirmative defenses disclosed during discovery.

WHEREFORE, defendant prays that plaintiff take nothing by way of her Complaint, for judgment in its favor and against plaintiff, for costs and for all other just and proper relief in the premises.

Respectfully submitted,

FROST BROWN TODD LLC

By: */s/ Thomas L. Davis*
Thomas L. Davis, #4423-49
Attorneys for Defendant Speedway LLC

### REQUEST FOR JURY TRIAL

Comes now defendant, by counsel, and requests trial by jury in this matter.

Respectfully submitted,

FROST BROWN TODD LLC

By: */s/ Thomas L. Davis*
Thomas L. Davis, #4423-49
Attorneys for Defendant Speedway LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of September, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system:

Brian M. Smith
Gerald Fankhauser, III
SMITH & FANKHAUSER, P.C.
2260 West 93rd Avenue
Merrillville, IN 46410

/s/ Thomas L. Davis
Thomas L. Davis

FROST BROWN TODD LLC
201 North Illinois Street, Suite 1900
P.O. Box 44961
Indianapolis, IN 46244-0961
Phone: (317) 237-3800
Fax: (317) 237-3900
tdavis@fbtlaw.com

0126183.0761056  4871-5653-3041v1

4